UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MARK GEROULO, et al.                          :
                                              :
        Plaintiff,                       :   Case No. 07-CV-10472 (UA)
                                              :
vs.                                           :
                                              :
CITIGROUP INC., et al.                        :
                                              :
        Defendants.                      :
-------------------------------------------------------------x

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE THAT, the address for the undersigned counsel for Plaintiff has changed. The new address and contact information is:

SARRAF GENTILE LLP
11 Hanover Square
New York, NY 10005
Tel: 212-868-3610
Fax: 212-918-7967

Dated: November 29, 2007

**SARRAF GENTILE LLP**

 /s/ Ronen Sarraf
Ronen Sarraf (RS-7694)
Joseph Gentile
11 Hanover Square
New York, NY 10005
Tel: 212-868-3610
Fax: 212-918-7967

*Attorneys for Plaintiff*