UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK GEROULO, individually, on behalf of the CITIGROUP 401(k) Plan, the CITIBUILDER 401(k) PLAN FOR PUERTO RICO, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP, INC., CITIBANK, N.A., THE PLAN ADMINISTRATIVE COMMITTEE OF CITIGROUP, INC., MICHAEL E. SCHLEIN, JOHN DOES 1-10, THE CITIGROUP 401(k) PLAN INVESTMENT COMMITTEE and JOHN DOES 10-20, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ, ANN DIBBLE JORDAN, ANDREW N. LIVERIS, DUDLEY C. MECUM, ANNE M. MULCAHY, RICHARD D. PARSONS, ANDRALL E. PEARSON, CHARLES PRINCE, JUDITH RODIN, ROBERT E. RUBIN, FRANKLIN A. THOMAS, SANFORD I. WEILL,<br><br>Defendants. | No. 07 Civ. 10472 (CuA)<br><br>ECF Case |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/07

**STIPULATION GOVERNING ACCEPTANCE OF SERVICE OF PROCESS
AND EXTENDING TIME FOR DEFENDANTS TO ANSWER
OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the parties that Paul, Weiss, Rifkind, Wharton & Garrison LLP shall accept service on behalf of all of the above-named defendants, except for Andrall Pearson.

IT IS FURTHER STIPULATED AND AGREED that Defendants' time to answer, move against, or otherwise respond to the Complaint is extended to January 10, 2008. This is the parties' first request for an extension of Defendants' time to answer, move against, or otherwise respond to the Complaint.

MICROFILMED DEC 18 2007 -3 00 PM

IT IS FURTHER STIPULATED AND AGREED that nothing herein shall be deemed to constitute a waiver of any defenses in this action. Defendants reserve all arguments and defenses in this action.

Dated: December 13, 2007
New York, New York

So ordered.

/s/ Sidney Stein
Part I
November 14, 2007
December 17, 2007

        PAUL, WEISS, RIFKIND, WHARTON &
        GARRISON LLP

        By: _____
           Brad S. Karp (bkarp@paulweiss.com)
           Lewis R. Clayton (lclayton@paulweiss.com)

        1285 Avenue of the Americas
        New York, New York 10019-6064
        Tel.   (212) 373-3000
        Fax   (212) 757-3980

*Attorneys for Citigroup Inc., Citibank, N.A., the Plan Administrative Committee of Citigroup Inc., the Citigroup 401(k) Plan Investment Committee, Charles O. Prince, Michael E. Schlein, and Sanford I. Weill*

        WACHTELL, LIPTON, ROSEN & KATZ

        By: _____
           Lawrence B. Pedowitz (lbpedowitz@wlrk.com)
           George T. Conway (gtconway@wlrk.com)
           Jonathan M. Moses (jmmoses@wlrk.com)
           John F. Lynch (jflynch@wlrk.com)

        51 West 52nd Street
        New York, New York 10019-6150
        Tel.   (212) 403-1000
        Fax   (212) 403-2000

*Attorneys for Citigroup Inc., Citibank, N.A., C. Michael Armstrong, Alain J.P. Belda, George David, Kenneth T. Derr, John M. Deutch, Roberto Hernandez, Ann Dibble Jordan, Andrew N. Liveris, Dudley C. Mecum, Anne Mulcahy, Richard D. Parsons, Judith Rodin, Robert E. Rubin, and Franklin A. Thomas*

2

SARRAF GENTILE LLP

By: *[signature: Ronen Sarraf]*
    Ronen Sarraf (ronen@sarrafgentile.com)
    Joseph Gentile

11 Hanover Square, 2nd Floor
New York, New York 10005
Tel.  (212) 868-3610
Fax  (212) 918-7967

SCHATZ NOBEL IZARD P.C.
Robert A. Izard
20 Church Street, Suite 1700
Hartford, CT 06103
Tel.  (860) 493-6292
Fax  (860) 493-6290

*Attorneys for Plaintiff*

U.S.D.J.

3