AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

Mark Geroulo,

              Plaintiff

v.

Citigroup Inc., et al.,

              Defendants

**APPEARANCE**

Case Number: 07-10472

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    MARK GEROULO

I certify that I am admitted to practice in this court.

12/21/07
Date

[Signature]
Signature

William Bernarduci                 WB 5785
Print Name                        Bar Number

20 Church Street
Address

Hartford          CT          06103
City              State        Zip Code

(860) 493-6292        (860) 493-6290
Phone Number              Fax Number