USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

STEPHEN GRAY,                                    :        07 Civ. 9790 (SHS)

                Plaintiff,                    :

      -against-                             :        ORDER

CITIGROUP INC., *ET AL.*,                        :

             Defendants.             :
-----------------------------------------------------------------x

SHAUN ROSE,                                      :        07 Civ. 10294 (SHS)

                Plaintiff,                    :

      -against-                             :

CITIGROUP INC., *ET AL.*,                        :

             Defendants.             :
-----------------------------------------------------------------x

MEREDITH TRANBERG,                               :        07 Civ. 10341 (SHS)

                Plaintiff,                    :

      -against-                             :

CITIGROUP INC., *ET AL.*,                        :

             Defendants.             :

-----------------------------------------------------------------x

ANTON K. RAPPOLD,                                :        07 Civ. 10396 (SHS)

                Plaintiff,                    :

      -against-                             :

CITIGROUP INC., *ET AL.*,                        :

             Defendants.             :
-----------------------------------------------------------------x

```
-------------------------------------------------------------x
```

SAMIER TADROS,                               :        07 Civ. 10442 (SHS)

                  Plaintiff,        :

       -against-                              :

CITIGROUP INC., *ET AL.*,                     :

                  Defendants.       :
```
-------------------------------------------------------------x
```

STEPHAN FIORINO,                             :        07 Civ. 10458 (SHS)

                  Plaintiff,        :

       -against-                              :

CITIGROUP INC., *ET AL.*,                     :

                  Defendants.       :
```
-------------------------------------------------------------x
```

JAMES BOLLA,                                 :        07 Civ. 10461 (SHS)

                  Plaintiff,        :

       -against-                              :

CITIGROUP INC., *ET AL.*,                     :

                  Defendants.       :
```
-------------------------------------------------------------x
```

MARK GEROULO,                                :        07 Civ. 10472 (SHS)

                  Plaintiff,        :

       -against-                              :

CITIGROUP INC., *ET AL.*,                     :

                  Defendants.       :
```
-------------------------------------------------------------x
```

-2-

```
------------------------------------------------------------x
```
ALAN STEVENS,                                        :        07 Civ. 11156 (SHS)

                              Plaintiff,                :

                -against-                     :

CITIGROUP INC., *ET AL.*,                            :

                         Defendants.           :
```
------------------------------------------------------------x
```
STEVEN GOLDSTEIN,                                    :        07 Civ. 11158 (SHS)

                              Plaintiff,                :

                -against-                     :

CITIGROUP INC., *ET AL.*,                            :

                         Defendants.           :
```
------------------------------------------------------------x
```
CHRIS SOUTHARD,                                      :        07 Civ. 11164 (SHS)

                              Plaintiff,                :

                -against-                     :

CITIGROUP INC., *ET AL.*,                            :

                         Defendants.           :
```
------------------------------------------------------------x
```
WILLIAM WOODWARD, *ET ANO*,                          :        07 Civ. 11207 (SHS)

                              Plaintiff,                :

                -against-                     :

CITIGROUP INC., *ET AL.*,                            :

                         Defendants.           :
```
------------------------------------------------------------x
```

```
---------------------------------------------------------------x
```

FRANCIA BRICK,                                          :        07 Civ. 11369 (SHS)

                           Plaintiff,                :

              -against-                        :

CITIGROUP INC., *ET AL.*,                               :

                      Defendants.               :

```
---------------------------------------------------------------x
```

SIDNEY H. STEIN, U.S.D.J.

       A pretrial conference having been held on January 17, 2008, with counsel for all parties present,

       IT IS HEREBY ORDERED that, for the reasons set forth on the record,

       1.     These actions shall be consolidated for all purposes and all future documents shall be filed via ECF in the **lead case only**, Stephen Gray, *et al*. v. Citigroup Inc., *et al.*, 07 Civ. 9790 (SHS);

       2.     Wolf Popper LLP and Harwood Feffer LLP are appointed as interim lead counsel;

       3.     Stephen Gray, Samier Tadros, and James Bolla are appointed as interim lead plaintiffs;

       4.     The following motions shall be terminated:

| Case No. | Motions |
| --- | --- |
| 07 Civ. 9790 | 3, 14, 33 |
| 07 Civ. 10294 | 3, 9, 24 |
| 07 Civ. 10341 | 2, 24 |
| 07 Civ. 10396 | 2, 23 |
| 07 Civ. 10442 | 2, 42 |
| 07 Civ. 10458 | 2, 22 |

|      Case No.      |      Motions      |
|--------------------|-------------------|
| 07 Civ. 10461      | 2, 22             |
| 07 Civ. 10472      | 4, 26             |
| 07 Civ. 11156      | 7, 19             |
| 07 Civ. 11158      | 3, 17             |
| 07 Civ. 11164      | 7, 18             |
| 07 Civ. 11207      | 3                 |
| 07 Civ. 11369      | 3, 7              |

Dated: New York, New York
       January 22, 2008

SO ORDERED:

Sidney H. Stein, U.S.D.J.