USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08 (nb)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
STEPHEN GRAY, individually and on   :
behalf of all others similarly situated,   :
  :
         Plaintiff,   :   Civil Action No: 07 Civ. 9790 (SHS)
v.   :   + Consolidated actions
  :
CITIGROUP INC., CHARLES PRINCE,   :
THE PLANS ADMINISTRATIVE   :   **[PROPOSED] ORDER ADMITTING**
COMMITTEE OF CITIGROUP INC.,   :   **MARK KINDALL PRO HAC VICE**
THE 401(k) INVESTMENT   :
COMMITTEE, and JOHN DOES 1 - 20,   :
  :
         Defendants.   :
---------------------------------------------------------X
SHAUN ROSE, Individually and On   :
Behalf of All Others Similarly Situated,   :
  :
         Plaintiff,   :   Civil Action No: 07 Civ. 10294 (DC)
v.   :
  :
CITIGROUP INC., CHARLES PRINCE,   :
THE PLANS ADMINISTRATIVE   :
COMMITTEE OF CITIGROUP INC.,   :
THE 401(k) INVESTMENT   :
COMMITTEE, and JOHN DOES 1 - 10,   :
  :
         Defendants.   :
---------------------------------------------------------X
MEREDITH TRANBERG, individually   :
and on behalf of all others similarly situated   :
  :
         Plaintiff,   :   Civil Action No: 07 Civ. 10341 (UA)
v.   :
  :
CITIGROUP INC., CHARLES PRINCE,   :
THE PLANS ADMINISTRATIVE   :
COMMITTEE OF CITIGROUP INC.,   :
THE 401(k) INVESTMENT   :
COMMITTEE, and JOHN DOES 1 - 20,   :
         Defendants.   :
---------------------------------------------------------X

```
------------------------------------------------------x
ANTON RAPPOLD, individually and on      :
behalf of all others similarly situated,   :
                                        :
              Plaintiff,                :      Civil Action No: 07 Civ. 10396 (UA)
                                        :
v.                                      :
                                        :
CITIGROUP INC., CITIBANK, N.A.,         :
CHARLES PRINCE, THE PLANS               :
ADMINISTRATIVE COMMITTEE OF             :
CITIGROUP INC., THE 401(k)              :
INVESTMENT COMMITTEE, and JOHN          :
and JANE DOES 1 - 10,                   :
                                        :
              Defendants.               :
------------------------------------------------------x
SAMIER TADROS, on Behalf of All         :
Others Similarly Situated,              :
                                        :
              Plaintiff,                :      Civil Action No: 07 Civ. 10442 (UA)
                                        :
v.                                      :
                                        :
CITIGROUP INC., CHARLES O.              :
PRINCE, C. MICHAEL ARMSTRONG,           :
ALAIN J.P. BELDA, GEORGE DAVID,         :
KENNETH T. DERR, JOHN M. DEUTCH, :
 ROBERTO HERNANDEZ RAMIREZ,             :
ANN DIBBLE JORDAN, KLAUS                :
KLEINFELD, ANDREW N. LIVERIS,           :
ANNE MULCAHY, RICHARD D.                :
PARSONS, JUDITH RODIN, ROBERT E.        :
RUBIN, ROBERT E. RUBIN, FRANKLIN :
A. THOMAS, JOHN DOES 1-20 (BEING        :
CURRENT AND FORMER MEMBERS              :
OF THE PLANS ADMINISTRATIVE             :
COMMITTEE OF CITIGROUP INC.)            :
and JOHN DOES 21-40 (BEING              :
CURRENT AND FORMER MEMBERS              :
OF THE INVESTMENT COMMITTEE             :
OF THE CITIGROUP INC. 401(K) PLAN), :
                                        :
              Defendants.               :
------------------------------------------------------x
```

```
----------------------------------------------------x
STEPHAN FIORINO, individually and on     :
behalf of all others similarly situated,       :
                                                             :
                      Plaintiff,                    :      Civil Action No: 07 Civ. 10458 (UA)
                                                             :
v.                                                          :
                                                             :
CITIGROUP INC., CITIBANK N.A.,          :
CHARLES PRINCE, THE PLANS              :
ADMINISTRATIVE COMMITTEE OF         :
CITIGROUP INC., THE 401(k)                 :
INVESTMENT COMMITTEE, and            :
JOHN DOES 1 - 20,   :
                                                             :
                      Defendants.                 :
----------------------------------------------------x
JAMES BOLLA, individually and on behalf :
 of all others similarly situated,               :
                                                             :
                      Plaintiff,                    :      Civil Action No: 07 Civ. 10461 (UA)
                                                             :
v.                                                          :
                                                             :
CITIGROUP INC., CITIBANK N.A.,          :
CHARLES PRINCE, THE PLANS              :
ADMINISTRATIVE COMMITTEE OF         :
CITIGROUP INC., THE 401(k)                 :
INVESTMENT COMMITTEE, and            :
JOHN DOES 1 - 20,                               :
                                                             :
                      Defendants.                 :
----------------------------------------------------x
MARK GEROULO, individually, on behalf :
of the CITIGROUP 401(k) Plan, the          :
CITIBUILDER 401 (K) PLAN FOR            :
PUERTO RICO, and all others similarly,   :
                                                             :
                      Plaintiff,                    :      Civil Action No: 07 Civ. 10472 (UA)
                                                             :
v.                                                          :
                                                             :
CITIGROUP, INC., CITIBANK, N.A.,        :
THE PLAN ADMINISTRATIVE               :
COMMITTEE OF CITIGROUP, INC.,         :
MICHAEL E. SCHLEIN, JOHN DOES       :
1-10, THE CITIGROUP 401(k) PLAN         :
INVESTMENT COMMITTEE and JOHN      :
```

```
DOES 10-20, C. MICHAEL               :
ARMSTRONG, ALAN J.P. BELDA,          :
GEORGE DAVID, KENNETH T. DERR,       :
JOHN M. DEUTCH, ROBERTO              :
HERNANDEZ, ANN DIBBLE JORDAN,        :
ANDREW N. LIVERIS, DUDLEY C.         :
MECUM, ANNE M. MULCAHY,              :
RICHARD D. PARSONS, ANDRALL E.       :
PEARSON, CHARLES PRINCE, JUDITH      :
RODIN, ROBERT E. RUBIN, FRANKLIN     :
A. THOMAS, SANFORD I. WEILL,         :
                                     :
                Defendants.          :
-----------------------------------------------------x
```

Upon the motion of attorney William Bernarduci  for admission of Mark Kindall pro hac vice,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Mark Kindall
20 Church Street, Suite 1700
Hartford, Connecticut  06103
Phone Number: (860) 493 6292
Fax Number: (860) 493 6292


is admitted to practice pro hac vice as counsel for in the above captioned case in the United States

District Court for the Southern District of New York.

Dated:_____2/4/08_____

_____
Sidney Stein, United States District Judge